ACCEPTED
04-14-00864-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/29/2014 1:45:16 PM
KEITH HOTTLE
CLERK

NO. 04-14-00864-CV

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/29/2014 1:45:16 PM
KEITH E. HOTTLE
Clerk

## JEREMIL RODRIGUEZ

*Appellant*

v.

## JP MORGAN CHASE BANK

*Appellee*

### NOTICE OF APPEARANCE ON BEHALF OF APPELLEE

The following counsel hereby make their appearance as counsel of

record for Appellee JPMorgan Chase Bank, N.A.:

Marcie L. Schout (Lead Counsel)
  Texas Bar No. 24027960
Wm. Lance Lewis
  Texas Bar No. 12314560
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile).

Respectfully submitted,

*/s/ Marcie L. Schout*

MARCIE L. SCHOUT
Texas Bar No. 24027960
WM. LANCE LEWIS
Texas Bar No. 12314560
**QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
mschout@qslwm.com
llewis@qslwm.com

**ATTORNEYS FOR APPELLEE
JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been furnished to *pro se* Appellant in accordance with the Texas Rules of Civil Procedure, this 29th day of December, 2014.

Jeremil Rodriguez
909 E. Walnut Street
Seguin, Texas 78155

*/s/ Marcie L. Schout*

Marcie L. Schout